UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                                 Case No. 07-cr-18-01-SM

<u>Fritz Lemite</u>

<u>O R D E R</u>

      Defendant's assented-to motion to continue the trial (document no. 9) is granted. Trial has been rescheduled for the September 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than April 9, 2007. On the filing of such waiver, his continuance shall be effective.

      The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  August 24, 2007 at 4:30 PM

    Jury Selection:  September 5, 2007 at 9:30 AM

    SO ORDERED.

April 2, 2007

                                    Steven J. McAuliffe
                                    Chief Judge

cc:  Arnold Huftalen, Esq.
      Jonathan Saxe, Esq.
      U. S. Probation
      U. S. Marshal